Order issued November 9, 2012

00483 6



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00914-CV

CLEAR-VIEW TECHNOLOGIES, INC., Appellant

V.

GLOBAL SUPPLY CHAIN SOLUTIONS, LLC, Appellee

## ORDER

Before the Court is appellant's October 23, 2012 motion for an extension of time to file a brief. The motion is filed by Gerald D.W. North as corporate secretary for appellant. Mr. North states in the motion that he is not licensed to practice law in Texas. A corporation may only appear in this Court through counsel. *See Kunstoplast of Am., Inc. v. Formosa Plastics Corp.*, 937 S.W.2d 455, 456 (Tex. 1996) (per curiam). Because Mr. North does not represent appellant, we **DENY** the motion.

On the Court's own motion, we **ORDER** appellant to notify the Court, within **FORTY-FIVE DAYS** of the date of this order, of the name, State Bar number, address, and telephone number of new counsel. If the Court does not receive the information regarding new counsel within the time specified, we will dismiss the appeal.

We **DIRECT** the Clerk of this Court to send a copy of this order, by electronic transmission,

to all counsel of record and by first-class mail, to appellant at the following address:

004837

Clear-View Technologies, Inc.
1722 Ringwood Avenue, Suite 200
San Jose, CA 95131

ELIZABETH LANG-MIERS
JUSTICE